STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Richard Edgar Anderson
Attorney at Law
2901 Ridgelake Dr, Ste 105
Metairie LA 70002

REHEARING ACTION: July 18, 2018

**Docket Number: 18   00072-CA**

**JOHN BRANDT BAXTER, IN HIS CAPACITY
AS THE INDEPENDENT ADMINISTRATOR
OF THE SUCCESSION
OF AUGUST C. BAXTER
VERSUS
ROBERT C. LEWIS**

**Appealed from Natchitoches Parish Case No. C-89324**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Brandt Baxter, in his Capacity as the Independent**

**Administrator of the Succession of August C. Baxter** has this day been

DENIED.

cc: John C. Guillet, Counsel for the Appellee